UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAPST LICENSING GmbH & Co. KG<br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>EASTMAN KODAK COMPANY<br><br>　　　　　　　Defendant. | Civil Action No. 08cv3627<br><br>Judge Darrah<br><br>Magistrate Judge Mason |

LOCAL RULE 3.4
NOTICE OF CLAIMS INVOLVING PATENTS

Plaintiff, Papst Licensing GmbH & Co. KG ("Papst Licensing"), by its undersigned counsel, hereby submits the following Notice of Claims Involving Patents.

*Pursuant to Rule 35 U.S.C. 209*:

I.　　Parties:

Plaintiff, Papst Licensing is headquartered at Bahnfostrasse 33, 78112 St. Georgen, Germany.

Defendant, Eastman Kodak Company is located at 343 State Street, Rochester, New York 14650.

Defendant Eastman Kodak Company is registered to do business in Illinois, maintaining an agent for service of process at 208 S. LaSalle Street, Suite 814, Chicago, IL 60604.

II.　　Patents:

United States patent No. 6,470,399 B1 duly and legally issued on October 22, 2002.

United States Patent No. 6,895,449 B2 duly and legally issued on May 17, 2005.

/s/ Jerold B. Schnayer
Jerold B. Schnayer (2495538)
James P. White (3001032)
WELSH & KATZ, LTD.
120 South Riverside Plaza, 22nd Floor
Chicago, Illinois  60606
 (312) 655-1500

*Counsel for PAPST LICENSING GmbH & Co. KG*

June 27, 2008