# Affidavit of Process Server

**Papst Licensing GmbH** vs **Eastman Kodak Company**
PLAINTIFF/PETITIONER — DEFENDANT/RESPONDENT — CASE # 08cv3627

Being duly sworn, on my oath, I **AARON WILLOUGHBY** declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Eastman Kodak Company**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ Summons and Complaint

by serving (NAME) **Dawn Schulz CT Corporation Authorized To Accept Service**

☐ Home
☒ Business **208 South LaSalle St Chicago IL**
☒ on (DATE) **6-27-08** at (TIME) **12:05 PM**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely **Dawn Schulz**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address      ☐ Evading                         ☐ Other: _____
☐ Address Does Not Exist  ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding  ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) _____, ( ) _____, ( ) _____
                                                  DATE TIME        DATE TIME        DATE TIME
( ) _____, ( ) _____, ( ) _____
  DATE TIME    DATE TIME    DATE TIME

**Description:**
☐ Male          ☒ White Skin    ☐ Black Hair    ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'      ☐ Under 100 Lbs.
☒ Female        ☐ Black Skin    ☒ Brown Hair    ☐ Balding      ☐ 21-35 Yrs.   ☐ 5'0"-5'3"     ☐ 100-130 Lbs.
                ☐ Yellow Skin   ☐ Blond Hair                   ☐ 36-50 Yrs.   ☒ 5'4"-5'8"     ☒ 131-160 Lbs.
                ☐ Brown Skin    ☐ Gray Hair     ☐ Mustache     ☒ 51-65 Yrs.   ☐ 5'9"-6'0"     ☐ 161-200 Lbs.
☐ Glasses       ☐ Red Skin      ☐ Red Hair      ☐ Beard        ☐ Over 65 Yrs. ☐ Over 6'       ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

SERVED BY
LASALLE PROCESS SERVERS

State of Illinois   County of Cook

Subscribed and sworn to before me, a notary public, this **30** day of **June**, 20 **08**

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Northern | District of | Illinois |

Papst Licensing GmbH & Co. KG
    Plaintiff,

V.

Eastman Kodak Company
    Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   08cv3627

TO: (Name and address of Defendant)

    Eastman Kodak Company
    Through its Registered Agent at:
    CT Corporation System
    208 S. LaSalle Street, Suite 814
    Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Jerold B. Schnayer
    James P. White
    Welsh & Katz, Ltd.
    120 S. Riverside Plaza, 22nd Floor
    Chicago, IL 60606

an answer to the complaint which is served on you with this summons, within __Twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS      JUN 2 6 2008

CLERK      DATE

_[signature]_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                 Date           *Signature of Server*

                                           _____
                                           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.