**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PAPST LICENSING GmbH & Co. KG,  Plaintiff,  v.  EASTMAN KODAK COMPANY,  Defendant. | Civil Action No. 1:08-CV-03627  Judge John W. Darrah |

**MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANT
TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO COMPLAINT**

Defendant Eastman Kodak Company ("Defendant") hereby moves this Court, pursuant to the Federal Rules of Civil Procedure, for a thirty-day extension of time from July 17, 2008 to August 18, 2008, to answer or otherwise plead in response to the complaint of Plaintiff Papst Licensing GbmH & Co. KG ("Plaintiff"). In support of its motion, Defendant states as follows:

1. Defendant was served with the complaint on June 27, 2008. Accordingly, Defendant's responsive pleading is currently due on July 17, 2008.

2. Defendant requires additional time to investigate the factual and legal issues raised by the complaint prior to filing a responsive pleading.

3. This is Defendant's first request for an extension of time in this matter.

4. Defendant's counsel attempted to reach Plaintiff's counsel by telephone and in writing on multiple occasions on July 15, 2008, and July 16, 2008, to determine whether Plaintiff opposes the requested relief. As of the time of filing of this motion, Plaintiff's counsel has not yet responded to messages or communications from Defendant's counsel.

WHEREFORE, Defendant requests that the Court enter an order extending the time in which Defendant may answer or otherwise plead, up to and including August 18, 2008.

Dated: July 17, 2008    Respectfully submitted,

s/ John A. Marlott
John A. Marlott (06230613)
jamarlott@jonesday.com
JONES DAY
77 West Wacker
Chicago, IL  60601-1692
Telephone:    (312) 782-3939
Facsimile:    (312) 782-8585

**Attorney for Defendant,
Eastman Kodak Company**

## CERTIFICATE OF SERVICE

I, John A. Marlott, an attorney, hereby certify that I caused a true and correct copy of the foregoing **Motion for Enlargement of Time for Defendant to Answer or Otherwise Plead in Response to Complaint** to be served this 17th day of July, 2008 by ECF upon:

*Counsel for PAPST LICENSING GmbH & Co. KG*

Jerold B. Schnayer, Esq.
James P. White, Esq.
John L. Ambrogi, Esq.
WELSH & KATZ, LTD.
120 S. Riverside Plaza, 22nd Floor
Chicago, IL 60606
Telephone: (312) 655-1500

　　　　　　　　　　　　　　　　　　　　　s/ John A. Marlott
　　　　　　　　　　　　　　　　　　　　　John A. Marlott