IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **PAPST LICENSING GmbH & Co. KG,** | |
| Plaintiff, | Civil Action No. 1:08-CV-03627 |
| v. | Judge John W. Darrah |
| **EASTMAN KODAK COMPANY,** | |
| Defendant. | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, August 19, 2008, at 9:00 a.m., at the scheduled time for the Court to hear motions, we shall appear before the Honorable John W. Darrah, in the courtroom usually occupied by him, Room 1203, at 219 South Dearborn Street, Chicago, Illinois, and then and there present the Motion for Enlargement of Time for Defendant to Answer or Otherwise Plead in Response to Complaint, which is hereby served upon you.

Dated: July 17, 2008

Respectfully submitted,

s/ John A. Marlott
John A. Marlott (06230613)
jamarlott@jonesday.com
JONES DAY
77 West Wacker
Chicago, IL 60601-1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

**Attorney for Defendant,
Eastman Kodak Company**

## CERTIFICATE OF SERVICE

I, John A. Marlott, an attorney, hereby certify that I caused a true and correct copy of the foregoing **Notice of Motion** to be served this 17th day of July, 2008 by ECF upon:

*Counsel for PAPST LICENSING GmbH & Co. KG*

Jerold B. Schnayer, Esq.
James P. White, Esq.
John L. Ambrogi, Esq.
WELSH & KATZ, LTD.
120 S. Riverside Plaza, 22nd Floor
Chicago, IL 60606
Telephone: (312) 655-1500

s/ John A. Marlott
John A. Marlott