# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PAPST LICENSING GmbH & Co. KG<br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>EASTMAN KODAK COMPANY<br><br>　　　　　　　　Defendant. | Civil Action No. 08cv3627<br><br>Judge Darrah<br><br>Magistrate Judge Mason |

## NOTICE OF CONDITIONAL TRANSFER ORDER

Plaintiff, Papst Licensing GmbH & Co. KG ("Papst Licensing"), hereby notifies this Court that on July 22, 2008, the Judicial Panel on Multidistrict Litigation ("MDL Panel") issued a *conditional* transfer order (copy attached hereto as Exhibit A), which specifically relates to this action.

On November 5, 2007, the MDL Panel transferred four civil actions (involving the same patents that are involved in this action) to the United States District Court for the District of Columbia for coordinated or consolidated retrial proceedings pursuant to 28 U.S.C. § 1407. All such actions have been assigned to the Honorable Rosemary M. Collyer.

The MDL Panel issued the conditional transfer order as a result of a Notice of Potential Tag-Along Action, which was filed on June 30, 2008 by Papst Licensing GmbH & Co. KG (a current party to the MDL pending in the District of Columbia) with the Judicial Panel on Multidistrict Litigation (copy attached hereto as Exhibit B). In connection with the July 22, 2008 conditional transfer order, the MDL Panel set August 6, 2008 as the deadline

for the filing of any opposition to the transfer of this action to the consolidated MDL action. If no opposition is filed, pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, then this action will be transferred under 28 U.S.C. § 1407 to the District of Columbia for consolidation with the pending MDL proceedings before Judge Darrah.

Dated: July 29, 2008   /s/ John L. Ambrogi
James P. White
Jerold B. Schnayer
John L. Ambrogi
WELSH & KATZ, LTD.
120 South Riverside Plaza
22nd Floor
Chicago, Illinois 60606
Telephone: (312) 655-1500

*Attorneys for Papst Licensing GmbH  
   & Co. KG*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing NOTICE OF CONDITIONAL TRANSFER ORDER was served on this the 29th day of July, 2008 upon the following as indicated:

*For The Casio Parties* (via e-mail)*:*
Laura Krawczyk
Morgan Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Phone: (212) 309-6000
Fax: (212) 309-6001
lkrawczyk@morganlewis.com

J. Kevin Fee
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
jkfee@morganlewis.com

Scott D. Stimpson
The Law Office of Scott D. Stimpson
Suite 1102
445 Hamilton Avenue
White Plains, NY 10601
stimpsonlaw@gmail.com

*For The Samsung Parties* (via e-mail)*:*
Patrick J. Kelleher
Drinker Biddle Gardner Carton
191 North Wacker Drive
Suite 3700
Chicago, IL 60606-1698
Phone: (312) 569-1375
Fax: (312) 569-3375
Patrick.kelleher@dbr.com

*Camera Manufacturers' Administrative Counsel and*
*For The Fujifilm Parties* (via e-mail)*:*
Steven J. Routh
Hogan & Hartson, LLP
555 Thirteenth Street, N.W.

Washington, DC 20004
Phone: (202) 637-5600
Fax: (202) 637-5910
sjrouth@hhlaw.com

Sten Jensen
Hogan & Hartson, LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
Phone: (202) 637-6465
Fax: (202) 637-5910
sajensen@hhlaw.com

*__For the Olympus Parties__* (via e-mail)*:*
Richard deBodo
Rachel M. Capoccia
Hogan & Hartson, LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Phone: (310) 785-4694
Fax: (310) 785-4601
rdebodo@hhlaw.com
rmcapoccia@hhlaw.com

*__For The Matsushita and Victory Company of Japan Parties__* (via e-mail):
Richard deBodo
Rachel M. Capoccia
Hogan & Hartson, LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Phone: (310) 785-4694
Fax: (310) 785-4601
rdebodo@hhlaw.com
rmcapoccia@hhlaw.com

Adam K. Levin, Esq.
Hogan & Hartson LLP
555 13th Street, NW
Washington, DC 20004
aklevin@hhlaw.com

*For the Ricoh Parties* (via e-mail):
Michael Switzer
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, Illinois 60606-5096
Phone:  (312) 984-3666
Fax:  (312) 984-7700
mswitzer@mwe.com

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 North Market Street, 6th Floor
PO Box 951
Wilmington, DE 19899
Phone:  (302) 984-6000
Fax:  (302) 658-1192
rhorwitz@potteranderson.com

*For Hewlett-Packard Company* (via email):
Charlene M. Morrow
Heather N. Mewes
Fenwick & West LLP
555 California Street, Suite 1200
San Francisco, CA 94104
Phone:  (415) 875-2300
Fax:  (415) 281-1350
cmorrow@fenwick.com
hmewes@fenwick.com

*For the Nikon Parties* (via e-mail):
David L. Witcoff
Marc S. Blackman
Jones Day
77 West Wacker Drive
Chicago, IL 60601
Phone:  (312) 782-3939
Fax:  (312) 782-8585
dlwitcoff@jonesday.com
msblackman@jonesday.com

***For Kodak*** (via e-mail)
John A. Marlott, Esq.
Jones Day
77 West Wacker Drive
Suite 3500
Chicago, IL 60601
jamarlott@jonesday.com

***For the Canon Parties:*** (via email)
Scott Wesley Burt, Esq.
Jones Day
77 West Wacker Drive
Chicago, IL 60606
swburt@jonesday.com

***For the Sanyo Parties:*** (via e-mail)
Michael Adam Dorfman, Esq.
Katten Muchin Rosenmann LLP
525 West Monroe Street
Chicago, IL 60661
Michael.dorfman@kattenlaw.com

***For the Konica-Minolta Parties:*** (via e-mail))
Steven J. Routh, Esq.
Orrick, Herrington & Sutcliffe, LLP
Columbia Center
1152 15th St. N.W.
Washington, DC 20005
srouth@orrick.com

    /s/ John L. Ambrogi
Attorney for Papst Licensing GmbH
& Co. KG

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

July 22, 2008

TO INVOLVED COUNSEL

Re: MDL No. 1880 -- IN RE: Papst Licensing Digital Camera Patent Litigation

(See Attached CTO-5)

Dear Counsel:

Attached hereto is a copy of a conditional transfer order filed today by the Panel involving the above-captioned matter. This matter is transferred pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001). Copies of Rule 5.2, dealing with service, and Rules 7.4 and 7.5, regarding "tag-along" actions, are attached for your convenience.

Inasmuch as there is an unavoidable time lag between notification of the pendency of the tag-along action and the filing of a conditional transfer order, counsel are required by Rule 7.4(b) to notify this office BY FACSIMILE, at (202) 502-2888, of any official changes in the status of the tag-along action. These changes could involve dismissal of the action, remand to state court, transfer to another federal court, etc., as indicated by an order filed by the district court. Your cooperation would be appreciated.

**NOTICE OF OPPOSITION DUE ON OR BEFORE:   August 6, 2008   (12 noon EST)**
(Facsimile transmission is suggested.)

If you are considering opposing this conditional transfer order, please review Rules 7.4 and 7.5 of the Panel Rules before filing your Notice of Opposition.

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By: _____
Mecca S. Thompson
Docket Specialist

Attachments



JPML Form 39

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 22 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: PAPST LICENSING DIGITAL CAMERA
PATENT LITIGATION

MDL No. 1880

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-5)

On November 5, 2007, the Panel transferred three civil actions to the United States District Court for the District of District of Columbia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 528 F.Supp.2d 1357 (J.P.M.L. 2007). Since that time, three additional actions have been transferred to the District of District of Columbia. With the consent of that court, all such actions have been assigned to the Honorable Rosemary M. Collyer.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of District of Columbia and assigned to Judge Collyer.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of District of Columbia for the reasons stated in the order of November 5, 2007, and, with the consent of that court, assigned to the Honorable Rosemary M. Collyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of District of Columbia. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: PAPST LICENSING DIGITAL CAMERA
PATENT LITIGATION                                                           MDL No. 1880

### SCHEDULE CTO-5 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**         CASE CAPTION

ILLINOIS NORTHERN
ILN  1  08-3608          Papst Licensing GmbH & Co. KG v. Sanyo Electric Co., Ltd., et al.
ILN  1  08-3609          Papst Licensing GmbH & Co. KG v. Canon, Inc., et al.
ILN  1  08-3627          Papst Licensing GmbH & Co. KG v. Eastman Kodak Co.

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

RECEIVED
CLERK'S OFFICE

2008 JUN 30 P 1: 28

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

IN RE PAPST LICENSING GMBH & CO. )
KG LITIGATION                      )   MDL Docket No. 1880
                                   )
                                   )
                                   )
                                   )

### NOTIFICATION OF POTENTIAL "TAG-ALONG" ACTION PURSUANT TO JPML RULE 7.5(e)

Pursuant to JPML Rule 7.5(e), counsel for Papst Licensing GmbH & Co. KG ("Papst") respectfully notifies the Clerk of the Panel of the following potential "tag-along action" that was filed in the United States District Court For the Northern District of Illinois on June 25, 2008, that is styled *Papst Licensing GmbH & Co. KG. v. Eastman Kodak Company*, Case No. 08cv3627, and that it is assigned to the Honorable Judge Darrah. The complaint for patent infringement is attached hereto as Exhibit A. The Kodak action involves the same patents (U.S. Patent No. 6,470,399 and U.S. Patent No. 6,895,449) that are the subject of the actions that are currently part of MDL No. 1880.

Dated: June 30, 2008

Respectfully submitted,

/s/ Jerold B. Schnayer
James P. White
Jerold B. Schnayer
WELSH & KATZ, LTD.
120 South Riverside Plaza
22nd Floor
Chicago, Illinois 60606
Telephone: (312) 655-1500

*Attorney For Papst Licensing GmbH & Co. KG*

