

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

August 13, 2008

Clerk's Office
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

*RE: Papst Licensing GmbH & Co. KG v. Eastman Kodak Company*
*Case No: 1:08-cv-03627*

Dear Clerk:

Pursuant to the transfer order entered by US Judicial Panel on Multidistrict Litigation on July 22, 2008, the above record was electronically transmitted to the U. S. District Court for the District of Columbia.

        Sincerely yours,

        Michael W. Dobbins, Clerk

        By:   / s/Tiana Davis
              Deputy Clerk

Enclosure

New Case No. _____    Date _____

cc: Non-ECF Attorneys and Pro se Parties